DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

THOMAS DIODOROU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-221

————————————————

December 27, 2023

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.